No. 66613.—Herbert A. H. Behrens, Inc., et al. *v.* United States, protests 61/6058, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the cases reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the cases of merchandise, which were reported by the inspector as manifested, not found. The protests were sustained to this extent.

No. 66614.—A. Zerkowitz & Co., Inc. *v.* United States, protest 61/16563 (San Francisco).

Opinion by RICHARDSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, MARCH 28, 1962

No. 66615.—Gimbel Bros., Inc., et al. *v.* United States, protests 60/25802, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.